

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MICHAEL S. BERG)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID RIVERA JR.,<br><br>Defendant. | Case No. 19-CR-00978-MSB<br><br>**ORDER TO CLOSE INTEREST BEARING ACCOUNT AND DISBURSE FUNDS** |

**GOOD CAUSE APPEARING AND THE BOND HAVING BEEN PREVIOUSLY EXONERATED [DOCKET NO. 34], IT IS HEREBY ORDERED** that the Clerk release the amount of $2000.00, plus interest, from the interest bearing account in the above-entitled case. The funds shall be sent to:

A check for $2000.00 plus interest to Angelica Rivera, 1527 Ravenna Ave., Wilmington, California, 90744.

1 **IT IS FURTHER ORDERED** that the Clerk is authorized to deduct a fee for
2 the handling of all funds deposited with the court and held in interest bearing accounts or
3 instruments. The fee must be equal to that authorized by the Judicial Conference of the United
4 States and set by the Director of Administrative Office of the United States Court.

**IT IS SO ORDERED.**

Date: 1/30/19 2020
(MMc)

HONORABLE MICHAEL S. BERG
UNITED STATES MAGISTRATE JUDGE